IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) JOSE DIAZ-CAMACHO**<br>2) JOAB FIGUEROA-RAMIREZ<br>Defendants | CRIMINAL 13-0324CCC |

**ORDER**

Having considered the Report and Recommendation filed on November 4, 2013 (**docket entry 44**) on a Rule 11 proceeding of defendant [1] José Díaz-Camacho before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 29, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 29, 2013. The **sentencing hearing is set for February 18, 2014 at 4:40 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 25, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge